**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| CLAUDIO GODINEZ-MEJIA, a.k.a. Claudio Godinez, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | Nos. 06-75317, <br> 07-72579 <br><br> Agency No. A091-954-348 <br><br> MEMORANDUM [*] |

On Petitions for Review of Orders of the
Board of Immigration Appeals

Submitted December 15, 2009 [**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

In these consolidated petitions for review, Claudio Godinez-Mejia, a native

and citizen of Mexico, petitions for review of the Board of Immigration Appeals'

("BIA") order dismissing his appeal from an immigration judge's decision denying

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

NHY/Research

his application for cancellation of removal, and the BIA's order denying his motion to reopen. In light of intervening caselaw, we grant the petition for review in 06-75317 and remand, and we dismiss the petition for review in 07-72579.

After the BIA issued the orders under review, we held in *Nicanor-Romero v. Mukasey*, 523 F.3d 992 (9th Cir. 2008), that California Penal Code § 647.6 is not categorically a crime involving moral turpitude and that a modified categorical approach is required. 523 F.3d at 1007-08. We therefore grant the petition for review in 06-75317 and remand for further proceedings consistent with our decision in *Nicanor-Romero.*

In light of our disposition, we do not reach the petition for review in 07-72579.

**IN 06-75317, PETITION FOR REVIEW GRANTED; REMANDED.**

**IN 07-72579, PETITION FOR REVIEW DISMISSED.**